UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 23-09495 VBF (RAO)　　　　　　　　　　Date: August 19, 2024
Title:　　Kevin Murphy Dunbar v. L.A. Police Department et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| J. Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**　　(In Chambers) **ORDER TO SHOW CAUSE**

On June 7, 2024, the Court issued an Order Re: First Amended Complaint and Doe Defendants ("Order"). Dkt. No. 11. The Court's Order dismissed the First Amended Complaint with leave to amend and directed Plaintiff to file a Second Amended Complaint by no later than July 8, 2024 and further to respond regarding the Doe defendants by the same deadline. *Id*.

To date, the Court has not heard from Plaintiff or received an amended complaint. **Plaintiff is ordered to show cause, in writing, no later than September 9, 2024,** why this action should not be dismissed without prejudice for failure to prosecute. Alternatively, Plaintiff may discharge this Order by filing a Second Amended Complaint. **Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　jm