# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **KEVIN DUNBAR,**<br><br>         Plaintiff,<br>    v.<br>**L.A. POLICE DEPARTMENT et al.,**<br><br>         Defendants. | No. LA CV 23-09495-VBF-RAO<br><br>**ORDER** |

By Order issued August 19, 2024, the United States Magistrate Judge ordered plaintiff to do one of the following no later than Monday, September 9, 2024: file a Second Amended Complaint or show cause in writing why the action should not be dismissed without prejudice for failure to prosecute. *See* CM/ECF System Document ("Doc") 12. That deadline elapsed two weeks ago and plaintiff has made no further filings.

**Pursuant to Federal Rule of Civil Procedure 41(b), this action is DISMISSED without prejudice for lack of prosecution. The case is TERMINATED (JS-6).**

IT IS SO ORDERED.

Dated: September 23, 2024

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge